# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HIGINIO CAUSSE BARRERA,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 71944<br><br>**FILED**<br><br>FEB 21 2017<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| HIGINIO CAUSSE BARRERA,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 72064 |
| HIGINIO CAUSSE BARRERA,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 72065 |
| HIGINIO CAUSSE BARRERA,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 72066 |

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

On December 12, 2016, and December 23, 2016, appellant filed the notices of appeal. No appealable orders were designated in the notices

17-05890

of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Jennifer P. Togliatti, District Judge
        Higinio Causse Barrera
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk